# In the United States Court of Federal Claims

FILED
SEP 29, 2017
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| **MARTHA POLLOCK** | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No.: 17-1391 L |
| | ) | |
| v. | ) | Judge: _____ |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Plaintiff, **Martha Pollock** complains of Defendant, the United States and would respectfully show the Court the following:

### I.

### STATEMENT OF JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1491(a)(1) as this action seeks monetary compensation from the United States, pursuant to the Fifth Amendment to the United States Constitution, for its taking of Plaintiff's private property for public use, without just compensation. *See* 28 U.S.C. § 1491(a)(1); *see also* U.S. CONST. AMEND. V ("[P]rivate property [shall not] be taken for a public purpose, without just compensation."). Plaintiff has sustained an injury in fact by way of Defendant's invasion of legally recognized and protected property interests which are concrete, particularized, and actual.

1

## II.

### PARTIES

2. Plaintiff is a citizen of the United States of America and a resident of Houston, Texas.

3. Defendant is the United States of America.

## III.

### PREVIOUS LAWSUITS

4. Plaintiff has not begun any other lawsuits in state or federal court dealing with the same or similar facts involved in this action.

## IV.

### STATEMENT OF THE CLAIM

5. This case arises from the United States taking of Plaintiff's private property for public use, without just compensation. This taking was a direct and proximate result of Defendant's intentional release of water from the Addicks and Barker reservoirs following landfall of Hurricane Harvey by and through the actions of the United States Army Corps of Engineers.

6. The Addicks and Barker reservoirs are part of a flood control system in Houston, Texas. The facilities and associated equipment are owned and operated by Defendant by and through the United States Army Corps of Engineers and were designed to protect Houston from catastrophic flooding. The facilities and

associated equipment are designed to protect Houston from floods by controlling the flow of water in and through Buffalo Bayou.

7. On August 25th, 2017, Hurricane Harvey made its initial landfall. After making landfall, Hurricane Harvey inundated southeast Texas – including Houston -- with significant amounts of rainfall.

8. At the time of the storm, the reservoirs were in the middle of a major repair process and were deemed to in extremely high risk of catastrophic failure. While the Addicks and Barker reservoirs initial took on significant amounts of water, the United States Army Corps of Engineers indicated that if and when the reservoirs' water levels rose to a certain point, the Corps would intentionally release water from the facilities rather than risk failure.

9. On August 28, 2017, the Corps opened the dams and intentionally released storm water into the Buffalo Bayou, adjacent properties, homes, and roadways which became inundated with water. As a result of Defendant's intentional conduct, thousands of properties, businesses, homes, and vehicles were flooded.

10. Plaintiff was one of the thousands of Houston residents whose property sustained catastrophic damage as a direct and proximate result of Defendant's conduct. Plaintiff's property is located at **619 White Wing Lane, Houston, Texas 77079.** In addition to the taking of Plaintiff's real property and its contents,

Defendant's conduct resulted in the taking of Plaintiff's personal property, diminution of the value of Plaintiff's property, consequential damages, and costs of remediation and repair.

11. Plaintiff has been deprived of the use, occupancy, and enjoyment of the subject real and personal property as a result of Defendant's conduct. Defendant's conduct constituted a taking of Plaintiff's private property for public use, without just compensation under the Fifth Amendment of the United States Constitution. Accordingly, Plaintiff seeks and is entitled to just compensation.

## V.

### CAUSES OF ACTION

*A. Takings Without Just Compensation*

12. The Fifth Amendment of United States Constitution prohibits Defendant from taking private property for public use without just compensation. Plaintiff has a legally recognized and protectable property interest under state and federal law in the property made the basis of this suit. Plaintiff also had a reasonable investment-backed expectation in the property made the basis of this suit.

13. As a direct and proximate result of Defendant's conduct, by and through the United States Army Corps of Engineers intentional discharge of water from the Addicks and Barker reservoirs, Plaintiff's property was flooded and damaged in a manner which has and continues to deprive Plaintiff of the use,

occupancy, and enjoyment of the property and its contents.

14. Plaintiffs' property was flooded a direct and proximate result of Defendant's conduct. Plaintiff remains unable to use, occupy, and enjoy the property as a result of this taking. The intentional discharge of water from the Addicks and Barker reservoirs has caused permanent damage to Plaintiff's private property. Plaintiff's property would not have otherwise flooded but for Defendant's intentional release of water from the Addicks and Barker reservoirs.

15. Defendant's decision to discharge water from the Addicks and Barker reservoirs was for public use. Defendant alleged that its actions were necessary to protect other communities in the area from greater flooding. Defendant made the decision to discharge water from the Addicks and Barker reservoirs intentionally and with knowledge that it would cause Plaintiff's property to flood, sustain catastrophic damages, and deprive Plaintiff of the right to use, occupy, and enjoy the property. The taking of Plaintiff's property was a foreseeable and predictable result of Defendant's conduct. Hurricane Harvey was not an intervening event that broke the causal connection between Defendant's conduct and the unconstitutional taking of Plaintiff's property.

16. Plaintiff's resulting damages are both substantial and severe and have and will continue to preclude Plaintiff from the right to use, occupy, and enjoy the property. Plaintiff has not been fully and justly compensated for the taking of said

property. Defendant's conduct constitutes an unconstitutional taking of Plaintiff's private real and personal property without just compensation. Consequently, Plaintiff seeks and is entitled to just compensation for the taking of the property.

## VI.

### PRAYER FOR RELIEF

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff have judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, and all such other and further relief, to which Plaintiff may be justly entitled, including, but not limited to, actual damages, just compensation for the taking of Plaintiff's property, diminution of the value of Plaintiff's property, consequential damages, and costs of remediation and repair, and all other damages Plaintiff may be legally entitled to.

SIGNED this 29th day of September, 2017.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

/s/ *Kurt B. Arnold*
Kurt B. Arnold
State Bar No. 24036150
karnold@arnolditkin.com
Jason A. Itkin
State Bar No: 24032461

jitkin@arnolditkin.com
Cory D. Itkin
State Bar No. 24050808
citkin@arnolditkin.com
Noah M. Wexler
State Bar No. 24060816
nwexler@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**DALY & BLACK, P.C.**

/s/ *Richard D. Daly*
Richard D. Daly
TBA No. 00796429
rdaly@dalyblack.com
John S. Black
TBA No. 24012292
Andrew Taylor
TBA No. 24070723
ataylor@dalyblack.com
2211 Norfolk St., Suite 800
Houston, Texas 77098
713.655.1405—Telephone
713.655.1587—Fax

**For electronic service:**
**e-service@arnolditkin.com**
**ecfs@dalyblack.com**

***ATTORNEYS FOR PLAINTIFF***